# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>JANICE M. BAXTER,<br><br>     Defendant. | Case Number: 8:10CB11<br>Violation Number: 2147195 -NE14<br><br>**ORDER** |

The Motion to Dismiss (Filing No. 38) of the United States Attorney's Office is granted. The above-referenced matter is hereby dismissed without prejudice.

**ORDERED** this 13th day of November, 2015.

            **BY THE COURT:**

            s/ Thomas D. Thalken
            United States Magistrate Judge